B6C (Official Form 6C) (12/07)

In re  **Melissa Anne Lord**                                                          ,  Case No.  **10-13315**
                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☒ 11 U.S.C. §522(b)(2)  
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| PNC Bank checking acct | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| PNC Bank business checking acct | 11 U.S.C. § 522(d)(5) | 600.00 | 600.00 |
| **Household Goods and Furnishings** | | | |
| chairs, tables, desk, beds, sofas, tvs, lamps, small household appliances, kitchenware | 11 U.S.C. § 522(d)(3) | 600.00 | 600.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| books, pictures, dvds, cds | 11 U.S.C. § 522(d)(5) | 175.00 | 175.00 |
| **Wearing Apparel** | | | |
| shirts, pants, skirts, dresses, sweaters, coats | 11 U.S.C. § 522(d)(5) | 225.00 | 225.00 |
| **Furs and Jewelry** | | | |
| watches(1)rings(5)necklaces(3)earrings(10)bracelets(2) | 11 U.S.C. § 522(d)(4) | 100.00 | 100.00 |
| **Interests in Insurance Policies** | | | |
| Metlife Life Insurance | 11 U.S.C. § 522(d)(8) | 7,747.90 | 7,747.90 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 Toyota Yaris | 11 U.S.C. § 522(d)(2) | 3,450.00 | 6,050.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| computer & printer | 11 U.S.C. § 522(d)(5) | 600.00 | 600.00 |
| | Total: | 13,697.90 | 16,297.90 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                             Best Case Bankruptcy